# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANGEL MARIE SMITH  
1419 ELMWOOD AVENUE      SSN-xxx-xx-7742  
DEKALB, IL  60115

Case Number: 07-72038

Case filed on:    8/28/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | OPTION ONE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ANGEL MARIE SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 195,483.22 | 141,306.97 | 0.00 | 0.00 |
|  | Total Secured | 195,483.22 | 141,306.97 | 0.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 0.00 | 54,176.25 | 0.00 | 0.00 |
| 004 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NORTH STAR CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | RICHARD SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 607.65 | 607.65 | 0.00 | 0.00 |
| 010 | GLOBAL ACCEPTANCE CREDIT COMPANY | 597.42 | 597.42 | 0.00 | 0.00 |
|  | Total Unsecured | 1,205.07 | 55,381.32 | 0.00 | 0.00 |
|  | Grand Total: | 196,688.29 | 196,688.29 | 0.00 | 0.00 |

Total Paid Claimant:   $0.00  
Trustee Allowance:   $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008       By  /s/Heather M. Fagan